

# NUMBERS 13-21-00415-CV; 13-21-00433-CV; 13-21-00434-CV; 13-21-00435-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VHS HARLINGEN HOSPITAL
COMPANY, LLC D/B/A VALLEY
BAPTIST MEDICAL CENTER-HARLINGEN;
KRISHNA MOHAN TURLAPATI, M.D.,
INDIVIDUALLY AND D/B/A VALLEY PEDIATRIC
CRITICAL CARE AND HOSPITAL SERVICES;
WILMER LOJA, M.D., WILMER E. LOJA, M.D., P.A.,
WILMER E. LOJA, AND ASSOCIATES, P.A.;
RAFAEL VILLALOBOS-NIETO, M.D. AND
RAFAEL VILLALOBOS-NIETO, M.D., P.A.,                    Appellants,

v.

MALLORY COTTON AND JERAMY BRIDGES,
INDIVIDUALLY AND AS NEXT FRIENDS,
NATURAL PARENTS, AND AS WRONGFUL DEATH
BENEFICIARIES OF BABY BOY BRIDGES,                    Appellees.

**On appeal from the 103rd District Court
of Cameron County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

Before the Court is an amended agreed motion to consolidate appellate cause numbers 13-21-00415-CV, 13-21-00433-CV, 13-21-00434-CV, and 13-21-00435-CV, an agreed motion to increase the word limit on appellees' brief, and an agreed motion for a joint briefing schedule. Having reviewed the motions, the Court grants the motions and orders the appeals consolidated for briefing purposes only. Each appeal will maintain its separate cause number, and each appellant shall file their brief under their respective cause number. The appellees may elect to file a single brief with an increased word limit of 30,000 words; however, this brief should be filed in each cause number. Finally, the clerk's and reporter's records have been filed in each case; therefore, according to the last filed record, the Court orders the following joint briefing schedule: appellants' briefs are due February 22, 2022, appellees' brief is due March 23, 2022, and any reply briefs are due April 12, 2022. All other requested relief is denied.

PER CURIAM

Delivered and filed on the
10th day of February, 2022.

2